ROBERT E. OPERA -- State Bar No. 101182
ropera@winthropcouchot.com
JEANNIE KIM -- State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile:  (949) 720-4111

General Insolvency Counsel for Debtors

FILED & ENTERED

FEB 09 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

CHANGES MADE BY COURT

## ORDER NOT FOR PUBLICATION

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>☒ FORBCO MANAGEMENT<br>  CORPORATION, a California corporation<br><br>☒ FORBCO SIZZLER PARTNERS, L.P.,<br>  a California limited partnership<br><br>☒ W & J HIGGINS INVESTMENTS L.P., a<br>  California limited partnership<br><br>      Debtors. | Case No. 2:12-bk-15625 RK<br><br>Jointly Administered with Case Nos.<br>2:12-bk-15626 RK; 2:12-bk-15627 RK;<br>and 2:12-bk-15639 RK<br><br>Chapter 11 Proceedings<br><br>**ORDER ON STIPULATION**<br>**REGARDING PROCEDURES TO**<br>**GOVERN THE SALE OF THE**<br>**DEBTORS' RESTAURANTS**<br><br>[No Hearing Requested] |

//

1    The court having reviewed and considered the *Stipulation Regarding Continued*

2    *Employment of National Franchise Sales, Inc. as Debtors' Broker* **Procedures to Govern the Sale**

3    **of the Debtors' Restaurants** ("Stipulation"), ECF 992, notes that the Stipulation was not noticed,

4    served on all creditors of the bankruptcy estate and heard in compliance with Local Bankruptcy

5    Rule 6004-1(b) and Federal Rules of Bankruptcy Procedure 6004(a) and 2002(a)(2) applicable to

6    approval of procedures for sale of assets of the bankruptcy estates.  (Although the court may have

7    approved sale procedures for some of debtors' restaurants heard on November 1, 2011, ECF 227,

8    Local Bankruptcy Rule 6004-1(b)(5) requires that any sale subject to such procedures to be

9    conducted if practicable within 30 days of the hearing on the sale procedure motion, and sale of

10    the restaurants under the proposed sale procedures would be well beyond that 30-day period from

11    November 1, 2011.)

12    Accordingly, the court declines to approve at this time the Stipulation for approval of sale

13    procedures without compliance of Debtors and Debtors-In-Possession in the above-captioned

14    bankruptcy cases comply with notice, service and hearing requirements of pursuant to Local

15    Bankruptcy Rule 6004-1(b) and Federal Rules of Bankruptcy Procedure 6004(a) and 2002(a)(2).

16    Debtors and Debtors-in-Possession are hereby ordered to comply with these rules in order for the

17    court to approve the Stipulation, which could be noticed, served and heard on no less than 7 days

18    notice under Local Bankruptcy Rule 6004-1(b)(1) (or less under the shortened notice procedures

19    of Local Bankruptcy Rule 9075-1).

20    **IT IS SO ORDERED.**

21    ###

22

23

24    Date: February 9, 2016

25    _____
     Robert Kwan
     United States Bankruptcy Judge

26

27

28